**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

18-538C

(Filed: July 3, 2018)

| | |
|---|---|
| MARION BOWMAN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**FILED**

JUL – 3 2018

U.S. COURT OF FEDERAL CLAIMS

ORDER

On April 12, 2018, plaintiff, Marion Bowman, Jr., submitted a complaint to the clerk of this court but neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. The complaint was nonetheless filed. On June 13, 2018, the court issued an order to show cause by June 27, 2018 why the case should not be dismissed for failure to pay the filing fee. Mr. Bowman has not paid the fee or responded to the court's order to show cause. Under these circumstances, the case shall be DISMISSED for failure to pay the filing fee. The clerk is directed to enter judgment in accord with this disposition.

It is so **ORDERED**.

Charles F. Lettow
Judge

7014 1200 0000 9093 9546